## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**SANDERS M. CARTER**
**ADC #88350**                                                    **PETITIONER**

v.                             No. 5:16-cv-367-DPM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                             **RESPONDENT**

### ORDER

On *de novo* review, the Court adopts the recommendation, № 26, as modified and overrules Carter's objections, № 27. FED. R. CIV. P. 72(b)(3). Because Carter's *Brady* claim is nonmaterial, his petition is a successive one; and he must get preauthorization from the United States Court of Appeals for the Eighth Circuit to file it. *Crawford v. Minnesota*, 698 F.3d 1086, 1089–90 (8th Cir. 2012). The modification: given the age of this case and the potential for statute-of-limitations problems, the interests of justice favor transferring Carter's petition rather than dismissing it. 28 U.S.C. § 1631; *cf. Boyd v. United States*, 304 F.3d 813, 814 (8th Cir. 2002). The Court therefore transfers the petition, № 2, to the Court of Appeals. This transfer is immediate.

So Ordered.

*WBMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2017