IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SANDERS M. CARTER
ADC #88350                                                                                    PETITIONER

v.                                    No. 5:16-cv-367-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction*                                          RESPONDENT

ORDER

Motion for certificate of appealability, *Doc. 32 & 33*, denied. Carter's Rule 60(d) motion didn't show deliberate wrongdoing amounting to fraud on the court; and this isn't a matter about which reasonable jurists would disagree. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2021

---

* Dexter Payne is the Director of what is now known as the Arkansas Division of Correction. The Court directs the Clerk to amend the docket. FED. R. CIV. P. 25(d).