IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SANDERS M. CARTER                                                PETITIONER
ADC #88350

v.                              No. 5:16-cv-367-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                  RESPONDENT

## ORDER

In 2017, the Court adopted the Magistrate Judge's recommendation, *Doc. 26*, holding that Carter's *habeas* petition was a successive one requiring preauthorization. *Doc. 27*. Carter sought relief in 2021, *Doc. 30*, claiming a fraud on the court because the Magistrate Judge had misrepresented facts about DNA testing in his case. The Court denied Carter's motion, finding that he hadn't clearly and unequivocally shown the kind of deliberate wrongdoing that amounts to fraud on the court. *Doc. 31*. The United States Court of Appeals for the Eighth Circuit summarily affirmed. *Doc. 38*.

Carter again seeks relief. He repeats his arguments, but styles his new motion as an independent action under FED. R. CIV. P. 60(d)(1). Regardless of how it's framed, Carter's motion raises "claims." *Gonzalez v. Crosby*, 545 U.S. 524, 530–32, 532 n.5 (2005); *see also Ward v. Norris*, 577 F.3d 925, 932–34 (8th Cir. 2009). It is therefore a second or successive *habeas* petition; and Carter must get permission from the

United States Court of Appeals for the Eighth Circuit before this Court can proceed. 28 U.S.C. § 2244(b)(3)(A). The motion, *Doc. 41*, is therefore denied without prejudice for lack of jurisdiction. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2022