IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SANDERS M. CARTER                                                PETITIONER
ADC #88350

v.                              No. 5:16-cv-367-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                  RESPONDENT

## ORDER

Carter's motion, *Doc. 43*, is denied without prejudice for lack of jurisdiction. This is a second or successive *habeas* petition; and Carter must get permission from the United States Court of Appeals for the Eighth Circuit before this Court can proceed. 28 U.S.C. § 2244(b)(3)(A). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2022